

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2014

No. 04-13-00497-CV

**CNMK TEXAS PROPERTIES LLC** d/b/a Cinemark Movies 12,
Appellant

v.

Sandra **RODRIGUEZ** and Ruperto R. Rodriguez,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2011CVT00752 D4
Honorable Oscar J Hale, Jr., Judge Presiding

## O R D E R

Appellees' second motion for extension of time to file their brief is GRANTED. Appellees' brief is due on **February 5, 2014**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2014.

_____
Keith E. Hottle
Clerk of Court